# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DOUG LORENZEN, PAMELA BISHOP, PHILLIP J. STOBER, AND CONCERNED CITIZENS OF LEBANON COUNTY | : No. 8 MAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth |
| v. | : Court |
| | : |
| | : |
| WEST CORNWALL TOWNSHIP ZONING HEARING BOARD AND SUNOCO PIPELINE, L.P. | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: SUNOCO PIPELINE, L.P. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.

    The Motion to Quash is Dismissed as Moot.